IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SERGEI KOVALEV,<br>*Plaintiff*<br>v.<br><br>LABORATORY CORPORATION OF<br>AMERICA HOLDINGS *et al.*,<br>*Defendants* | :<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br>No. 22-0552 |

## ORDER

**AND NOW**, this 29th day of September, 2022, upon consideration of Plaintiff's Motion to Remand (Doc. No. 13) and the Response of Defendants Laboratory Corporation of America and Laboratory Corporation of America Holdings in Opposition (Doc. No. 15), it is **ORDERED** that the Motion (Doc. No. 13) is **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1