IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SERGEI KOVALEV, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| | : | |
| LABORATORY CORPORATION OF | : | |
| AMERICA HOLDINGS *et al.*, | : | No. 22-0552 |
| *Defendants* | : | |

## ORDER

AND NOW, this 22nd day of February, 2023, upon consideration of Defendant Laboratory Corporation of America Holdings' Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 20), Plaintiff's Response (Doc. No. 29), Laboratory Corporation of America Holdings' Reply (Doc. No. 32), and Plaintiff's Surreply (Doc. No. 35), it is **ORDERED** that the Motion (Doc. No. 20) is **DENIED IN PART** and **GRANTED IN PART** for the reasons set forth in the accompanying omnibus memorandum of this date. The claim remaining in this case are assault and battery (Count I). Laboratory Corporation of America Holdings shall file an answer **within 21 days** of the issuance of this Order.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1